✎GAM 35  
(Rev. 2/06)

**Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  5:21-CR-00035-1 (MTT) |
| **JASON MORGAN VINSON** | |

On January 30, 2024, the court found Vinson in violation of his conditions of supervision and revoked his term of supervised release. The court deferred sentencing pending Vinson's successful completion of the inpatient substance abuse treatment program at the Rescue Mission in Macon, Georgia.

On January 10, 2025, Vinson successfully completed the inpatient recovery program at the Rescue Mission in Macon, Georgia and has satisfied the court's order.

Accordingly, it is recommended Vinson be discharged from supervision and his revocation proceeding be closed.

Respectfully submitted,

*/s/ James O. Poe, III*  
James O. Poe, III  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the revocation proceedings in the case be terminated.

Dated this    30th    day of    January   , 2025.

S/ Marc T. Treadwell  
MARC T. TREADWELL  
U.S. DISTRICT JUDGE